UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **WAIVER OF INDICTMENT** |
| v. | : | Criminal No: 20- |
| LISA CURTY | : | |

I, LISA CURTY, the above-named defendant, who is charged with conspiring to commit health care fraud, contrary to 18 U.S.C. § 1347, in violation of 18 U.S.C. § 1349, being advised of the nature of the charges, the proposed Information, and my rights, hereby waive via video conference on September 23, 2020, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
LISA CURTY
Defendant

_____
Justin A. Greenblum, Esq.
Counsel for Defendant

Before: _____
Honorable John Michael Vazquez
United States District Judge