UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
--------------------------------------------------------X
THE UNITED STATES OF AMERICA

        -v-                                                                 NOTICE OF APPEARANCE

LISA CURTY,                                              20 Cr. 817 (JMV)

                             Defendant.
--------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Marc Agnifilo, Esq., of Brafman & Associates, P.C., 256 Fifth Avenue, New York, NY 10001, an attorney duly admitted to practice in this Court, is appearing for Defendant LISA CURTY in the above-captioned matter.

                                                                      /s/
                                           Marc Agnifilo, Esq.
                                           Brafman & Associates, P.C.
                                           256 Fifth Avenue, 2nd Floor
                                           New York, NY 10001
                                           Phone: (212) 750-7800
                                           Fax: (212) 750-3906
                                           E-mail: marc@braflaw.com

Dated: September 1, 2021
        New York, NY