UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
THE UNITED STATES OF AMERICA

       -v-　　　　　　　　　　　　　　　　　　NOTICE OF APPEARANCE

LISA CURTY,　　　　　　　　　　　　　　　　20 Cr. 817 (JMV)

                Defendant.
-------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Jacob Kaplan, Esq., of Brafman & Associates, P.C., 256 Fifth Avenue, New York, NY 10001, an attorney duly admitted to practice in this Court, is appearing for Defendant LISA CURTY in the above-captioned matter.

                                       /s/
                                Jacob Kaplan, Esq.
                                Brafman & Associates, P.C.
                                256 Fifth Avenue, 2nd Floor
                                New York, NY 10001
                                Phone: (212) 750-7800
                                Fax: (212) 750-3906
                                E-mail: jkaplan@braflaw.com

Dated: September 1, 2021
       New York, NY