# Brafman & Associates, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

———

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

September 2, 2021

**VIA ECF**

The Honorable John Michael Vazquez
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    <u>United States v. Lisa Curty</u>, 20-CR-817 (JMV)

Dear Judge Vazquez:

    With the consent of the United States (AUSA Adam Baker) and Pretrial Services (Officer Robert Stehle), we request that the Court permit the defendant, Lisa Curty, to travel on a Royal Caribbean cruise with other members of her family. The ship leaves port at Cape Liberty, New Jersey, on September 5, 2021 and returns on September 12, 2021. Ms. Curty is not requesting her passport and will not be entering the Bahamas during the trip. Finally, Ms. Curty has provided the official itinerary of the trip to the Government and Pretrial Services. We thank the Court for its attention to this matter.

        Respectfully submitted,

        /s/
        Marc Agnifilo, Esq.
        Jacob Kaplan, Esq.
        Brafman & Associates, P.C.

cc:    Counsel for the Government (via ECF)
        Pretrial Services Officer Robert Stehle (via email)