```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY


   UNITED STATES OF AMERICA    :        2:20-cr-00817-JMV

            v.                 :

      LISA CURTY               :        SUBSTITUTION OF ATTORNEY
```

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Jordann R. Conaboy, Assistant U.S. Attorney (Jordann.Conaboy@usdoj.gov), in substitution of Adam Michael Baker, Assistant U.S. Attorney, who previously appeared in this matter.

```
                              PHILIP SELLINGER
                              UNITED STATES ATTORNEY

                              /s/ Jordann R. Conaboy

                              By: JORDANN R. CONABOY
                                  Assistant U.S. Attorney
```

Dated: March 10, 2023