**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** December 18, 2023
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**  **DOCKET #20-cr-817**
UNITED STATES OF AMERICA

       vs.
LISA CURTY

      **DEFT. PRESENT**

**APPEARANCES:**
Jordann R. Conaboy, AUSA for Government
Marc Agnifilo, Esq., for Defendant
Teny Geragos, Esq., for defendant
Kelly Maciel, USPO

**Nature of Proceedings**: SENTENCING
Defendant present.
Imprisonment: One year and one day.
Supervised Release: 2 years.

Special Conditions:
Excused from mandatory drug testing/treatment.
1. Financial Disclosure.
2. New debt.

Special Assessment: $100 due immediately.
Fine waived.
Consent & Forfeiture Order submitted to the Court by no later than 1/5/2024.
Defendant advised of her right to appeal.
Bail Continued.

Restitution: $8,227,509.13, due immediately, interest waived. No fine. It is recommended that defendant participate in the (IFRP).

Recommendation to the BOP: The Court strongly recommends designation to a Prison Camp. The Court also recommends that defendant, Christine Jennifer Myers ( 20-cr-639) be designated to the same prison camp, during the same time, and not before 2/29/2024.

**Time Commenced:** 11:00 AM
**Lunch break:** 12:15-1:15 pm

**Time Adjourned:    2:45 PM**

<u>Christine Melillo, Courtroom Deputy</u>
to the Honorable Katharine S. Hayden, U.S.D.J.
